WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:    Paul K. Schwartzberg, Esq.
       Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                  :        Chapter 11
                                                       :
                                                       :        Case No. 15-12596 (MG)
QUIRKY, INC., *et al.*,                                :
                                                       :        Jointly Administered
                              Debtors.                 :
---------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of Quirky, Inc., and affiliated debtors in possession:

1. United Parcel Service, Inc.
   2055 Army Trail Road
   Addison, Illinois 60101
   Attention:  Alfred Edwards, Credit Manager
   Telephone: (630) 628-7696

2. Eastfield Lighting (Hong Kong) Co. Ltd
   Rooms 05-15 13A/F South Tower
   17 Canton Road, Tsim Sha Tsui, Kowloon, Hong Kong
   Attention:  Lu Qun, Chief Executive Officer
   Telephone:  +86-755-2951-2605

    3.    YellowHammer Media Group Inc.
            111 West 28th Street, Suite 2B
            New York, New York 10001
            Attention: Richard K. Lin, Chief Financial Officer
            Telephone: (646) 490-9829

    4.    Garthen Leslie
            1062 Gramercy Place - Unit #331
            Columbia, Maryland 21044
            Telephone: (410) 977-6711

    5.    Jacob D. Zien
            80 Douglas Street #GDN
            Brooklyn, New York 11231
            Telephone: (917) 854-6226

Dated: New York, New York
       October 2, 2015

                                              Sincerely,

                                              WILLIAM K. HARRINGTON
                                              UNITED STATES TRUSTEE


                                              By */s/ Paul K. Schwartzberg*
                                                  Paul K. Schwartzberg
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Office of the United States Trustee
                                                  U.S. Federal Office Building
                                                  201 Varick Street, Room 1006
                                                  New York, NY 10014
                                                  Tel. (212) 510-0500
                                                  Fax (212) 668-2255