**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| QUIRKY, INC., *et al.*[1] | : |  |
|  | : | Case No.  15-12596 (MG) |
| Debtors. | : |  |
| _____ | : | (Jointly Administered) |

**ORDER DENYING EX PARTE MOTION OF THE DEBTORS TO SHORTEN TIME
WITH RESPECT TO A HEARING ON THE DEBTORS' MOTION FOR ENTRY OF (I)
AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS IN
CONNECTION WITH THE SALE OF CERTAIN ASSETS RELATED TO THE
BUSINESS OF QUIRKY, INC., (B) APPROVING PROCEDURES FOR ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACTS, (C) APPROVING THE FORM
AND MANNER OF NOTICE, AND (D) SCHEDULING AN AUCTION AND A SALE
HEARING AND (II) AN ORDER AUTHORIZING AND APPROVING THE SALE OF
<u>ASSETS OF QUIRKY, INC.</u>**

The above-captioned debtors and debtors-in-possession filed an *Ex Parte Motion of the Debtors to Shorten Time With Respect to A Hearing on the Debtors' Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection With the Sale of Certain Assets Related to the Business of Quirky, Inc., (B) Approving Procedures for Assumption and Assignment Of Executory Contracts, (C) Approving the Form and Manner of Notice, and (D) Scheduling an Auction and A Sale Hearing And (II) An Order Authorizing and Approving the Sale of Assets of Quirky, Inc.* (ECF Doc. # 62, the "<u>Motion</u>").  The Motion is **DENIED**.

Dated:  October 2, 2015
       New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge

_____

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Quirky, Inc. (2873); Wink, Inc. (8826); and Undercurrent Acquisition, LLC (9692).  The Debtors' principal offices are located at 606 West 28th Street, Seventh Floor, New York, NY 10001.