Melanie L. Cyganowski
Kevin Zuzolo
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| QUIRKY, INC., et al., | Case No. 15-12596 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance as proposed counsel for the Official Committee of Unsecured Creditors of the above-captioned debtors (the "**Debtors**") and requests pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given and all papers served in the above-captioned cases be delivered to and served upon:

        OTTERBOURG P.C.
        230 Park Avenue
        New York, NY 10169
        Tel: (212) 661-9100
        Fax: (212) 682-6104
        Attn:  Melanie L. Cyganowski
                (mcyganowski@otterbourg.com)
                Kevin Zuzolo
                (kzuzolo@otterbourg.com)

3812503.1

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, the internet, or otherwise filed or made with regard to this case, which affects or seeks to affect in any way any rights or interests of the Debtor or any party in interest in this case.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
October 6, 2015

Respectfully submitted:

By: */s/ Melanie L. Cyganowski*
Melanie L. Cyganowski

Melanie L. Cyganowski
Kevin Zuzolo
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100

*Proposed Counsel for the Official Committee of Unsecured Creditors*

3812503.1

3

## CERTIFICATE OF SERVICE

      I, Kevin Zuzolo, hereby certify that on October 6, 2015 the foregoing *Notice of Appearance and Request for Service of Papers* was electronically filed and served using the Court's ECF System, which will send notification of such filing to the attorneys on that system.

Dated:  October 6, 2015                               /s/ *Kevin Zuzolo*
          New York, NY                                Kevin Zuzolo

3812503.1