COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Tel.: 212-479-6000
Jeffrey L. Cohen
Michael A. Klein
Richelle Kalnit

Counsel for Debtors and
Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- X
                                         :
In re:                                   :   Chapter 11
                                         :
QUIRKY, INC., *et al.*,[1]               :   Case No. 15-12596 (MG)
                                         :
         Debtors.                        :   (Jointly Administered)
                                         :
---------------------------------------- X

## NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that on October 9, 2015, the Court entered the *Order (a) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets Related to the Wink Business, (b) Approving Procedures for Assumption and Assignment of Executory Contracts, (c) Approving the Form and Manner of Notice, and (d) Scheduling an Auction and a Sale Hearing* [Docket No. 86] (the "Wink Bidding Procedures Order")[2] setting forth certain procedures for the sale of certain of the Debtors' assets (the "Wink Bidding Procedures"), including scheduling an auction for such assets on November 2, 2015 (the "Auction").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Quirky, Inc. (2873); Wink, Inc. (8826); and Undercurrent Acquisition, LLC (9692). The Debtors' principal offices are located at 606 West 28th Street, Seventh Floor, New York, NY 10001.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Wink Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that no Qualified Bids were received pursuant to the Wink Bidding Procedures and the Auction has been cancelled.

| | |
|---|---|
| Dated: November 2, 2015<br>New York, New York | COOLEY LLP<br><br>*/s/ Jeffrey L. Cohen*<br>Jeffrey L. Cohen<br>Michael A. Klein<br>Richelle Kalnit<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: jcohen@cooley.com<br>          mklein@cooley.com<br>          rkalnit@cooley.com<br><br>Counsel for the Debtors and<br>Debtors-in-Possession |